UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON GRANT JONES, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:10-0402 |
| ) | Judge Echols |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

The court has before it a motion for federal *habeas corpus* relief filed by a *pro se* prisoner pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Docket No. 1). The movant presently is incarcerated in the Terre Haute Federal Correctional Institution in Terre Haute, Indiana. He is currently serving a sentence of two hundred forty (240) months of incarceration for possession with intent to distribute 50 grams or more of methamphetamine in violation of 18 U.S.C. § 841(a)(1). *See United States v. Jones*, No. 3:05-cr-00184 (M.D. Tenn. 2007).

Under Rule 4(b), Rules – Section 2255 Proceedings, the court is required to examine a § 2255 motion to ascertain as a preliminary matter whether "it plainly appears from the motion, any attached exhibits, and the record of prior proceedings" the movant is entitled to relief. *Id*. at § (b). If the movant "is not entitled to relief, the judge must dismiss the motion . . . ." *Id*.

As provided in the Memorandum entered contemporaneously herewith, the movant is not entitled to relief. Accordingly, the Respondent's Motion to Dismiss (Docket No. 12) will be **GRANTED**. The motion (Docket No. 1) is **DENIED**, and this action is **DISMISSED**. Rule 8(a), Rules – § 2255 Proceedings.

1

Should the movant file a notice of appeal, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability (COA). *Slack v. McDaniel*, 529 U.S. 473, 483 (2000); Rule 22(b), Fed. R. App. P.

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge